E-FILED
Wednesday, 10 August, 2011   09:49:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-3284 |
| | ) | |
| THERESA G. BYERS, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. A notice required in accordance with 735 ILCS 15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

2. The terms of sale were fair and not unconscionable;

3. The sale was conducted fairly and without fraud;

4. Justice was done by the sale;

5. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

6. This Court obtained personal jurisdiction over the Defendant.

IT IS THEREFORE ORDERED:

A.  The U.S. Marshal's report of sale is approved and the sale is confirmed.

B.  There is no deficiency judgment ordered in favor of the Plaintiff; however, the United States has not waived its right to subsequently administratively collect the deficiency or seek to reduce it to judgment in a separate cause of action.

C.  The U.S. Marshal is directed to issue a deed to the holder of the Certificate of Sale, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

D.  The property at issue has been abandoned by defendant and no other person is in possession of said property; thus, the holder of the Certificate of Sale or deed issued pursuant to the Certificate is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E.  There is no just reason to delay enforcement of or appeal from this final order.

ENTER: August 9, 2011.

                               s/ Sue E. Myerscough
                               SUE E. MYERSCOUGH
                               UNITED STATES DISTRICT JUDGE